FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON JOSEPH CUNNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE, SPOKANE COUNTY JAIL, and JUDGE PRICE,<br><br>Defendants. | No. 2:19-cv-00072-SMJ<br><br>**ORDER DISMISSING ACTION** |

By Order filed May 31, 2019, the Court directed Plaintiff Aaron Joseph Cunningham to comply with 28 U.S.C. § 1915(a)(2), which requires a prisoner seeking to bring a civil action without prepayment of the filing fee to submit a certified copy of his trust fund account statement (or institutional equivalent) for the six months immediately preceding the filing of the complaint. ECF No. 6. In the alternative, the Court instructed Plaintiff to pay the $400.00 fee (a $350.00 filing fee plus a $50.00 administrative fee) to commence this action under 28 U.S.C. § 1914. *Id.*

Mail sent to Plaintiff at the Spokane County Jail was returned as undeliverable on June 7, 2019, with the with the notation "Not in Jail." ECF No. 7. Plaintiff has not kept the Court apprised of his current address and has filed nothing

ORDER DISMISSING ACTION - 1

further in this action. Therefore, **IT IS ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address, and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 30th day of July 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING ACTION - 2